FILED OH S BANKRUPTCY
SEP 10 2026 AM10:10

Certificate Number: 05781-OHS-DE-041425876

Bankruptcy Case Number: 26-31914

05781-OHS-DE-041425876

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2026, at 4:33 o'clock PM PDT, James Henry completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Ohio.

Date: September 9, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President